IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MATTHEW RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF GREAT FALLS, GREAT FALLS POLICE DEPARTMENT, GREAT FALLS HOSPITAL BENEFIS, OFFICER TOM HALLORAN, ERIC BAUMANN, CLAYTON HENDERSON, and ADAM STERGIONIS,<br><br>　　　　Defendants. | CV 20-00005-GF-BMM-JTJ<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Plaintiff Matthew Rodriguez filed a Complaint (Doc. 2) alleging civil rights claims under 42 U.S.C. § 1983. On February 6, 2020, the Court issued a screening order indicating it would require Defendants Baumann and Henderson to respond to Mr. Rodriguez's claims of excessive use of force in a subsequent order. The Court, however, found that Mr. Rodriguez had not set forth sufficient factual allegations against the remaining Defendants and as such those remaining Defendants were subject to dismissal. Mr. Rodriguez was given an opportunity to file an amended complaint. (Doc. 5.) After several extensions, Mr. Rodriguez filed an Amended Complaint (Doc. 11), but his allegations contained therein are identical to those raised in his original Complaint.

　　Therefore, for the reasons set forth in the Court's Order dated February 6,

1

2020 (Doc. 5), the Court issues the following:

## ORDER

1. Pursuant to Fed.R.Civ.P. 4(d), the Court requests Defendants Baumann and Henderson to waive service of summons of the Amended Complaint by executing, or having counsel execute, the Waiver of Service of Summons. The Waiver must be returned to the Court within 30 days of the entry date of this Order. If these Defendants choose to return the Waiver of Service of Summons, their answer or appropriate motion will be due within 60 days of the date of this Order pursuant to Fed.R.Civ.P. 12(a)(1)(B). *See also* 42 U.S.C. § 1997e(g)(2).

2. The Clerk of Court shall mail the following documents to Defendants Baumann and Henderson:

* Amended Complaint (Doc. 11);

* this Order;

*  a Notice of Lawsuit & Request to Waive Service of Summons; and

* a Waiver of Service of Summons.

3. Any party's request that the Court grant relief, make a ruling, or take an action of any kind must be made in the form of a motion, with an appropriate caption designating the name of the motion, served on all parties to the litigation, pursuant to Federal Rules of Civil Procedure 7, 10, and 11. If a party wishes to give the Court information, such information must be presented in the form of a

notice. The Court will not consider requests made or information presented in letter form.

4. Mr. Rodriguez <u>shall not</u> make any motion for default until at least 70 days after the date of this Order.

5. Pursuant to Local 26.1(d) "no party may begin discovery until a scheduling order has been issued."

6. At all times during the pendency of this action, Mr. Rodriguez must immediately advise the Court and opposing counsel of any change of address and its effective date. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

Further, the Court issues the following:

## RECOMMENDATIONS

Defendants City of Great Falls, Great Falls Police Department, Great Falls Hospital Benefis, Officer Tom Halloran, and Adam Stergionis should be DISMISSED for the reasons set forth in the Court's February 6, 2020 Order (Doc. 5).

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Rodriguez may file objections to these Findings and Recommendations

within fourteen (14) days after service (mailing) thereof.[1]  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 13th day of October, 2020.

_____
John Johnston
United States Magistrate Judge

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a)."  Therefore, since Mr. Rodriguez is being served by mail, he is entitled an additional three (3) days after the period would otherwise expire.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MATTHEW RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, GREAT FALLS POLICE DEPARTMENT, GREAT FALLS HOSPITAL BENEFIS, OFFICER TOM HALLORAN, ERIC BAUMANN, CLAYTON HENDERSON, and ADAM STERGIONIS,<br><br>    Defendants. | CV 20-00005-GF-BMM-JTJ<br><br><br>RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS |

TO:   Eric Baumann                              Clayton Henderson
      Great Falls Police Department              Great Falls Police Department
      112 1st Street South                        112 1st Street South
      Great Falls, MT  59401                      Great Falls, MT  59401

A lawsuit has been filed against you in this Court under the number shown above. A copy of the Amended Complaint (Doc. 11) is attached. This is not a summons or an official notice from the Court. It is a request that, to avoid the cost of service by the U.S. Marshals Service, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must file the signed waiver within 30 days from the date shown below, which is the date this notice was sent.

If you file the signed waiver, the action will then proceed as if you were

1

served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent to answer the Amended Complaint. If you do not return the signed waiver within the time indicated, the Court will order the U.S. Marshals Service to personally serve you with the summons and Complaint and may impose the full costs of such service. Please read the statement below about the duty to avoid unnecessary expenses.

DATED this 13th day of October, 2020.

_____
John Johnston
United States Magistrate Judge

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.
  "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.
  If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.
  If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MATTHEW RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GREAT FALLS, GREAT FALLS POLICE DEPARTMENT, GREAT FALLS HOSPITAL BENEFIS, OFFICER TOM HALLORAN, ERIC BAUMANN, CLAYTON HENDERSON, and ADAM STERGIONIS,<br><br>　　　　　Defendants. | CV 20-00005-GF-BMM-JTJ<br><br><br>RULE 4 WAVIER OF SERVICE OF SUMMONS |

TO:   The U.S. District Court for the District of Montana

　　　The following Defendants acknowledges receipt of your request to waive service of summons in this case. Defendants also received a copy of the Amended Complaint (Doc. 11). I am authorized by the following Defendants to agree to save the cost of service of a summons and an additional copy of the Complaint in this action by not requiring that the following be served with judicial process in the case provided by Fed.R.Civ.P. 4:

　　　　　　　　　_____;

　　　　　　　　　_____;

　　　The above-named Defendants understand that they will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but

1

waive any objections to the absence of a summons or of service. Defendants also understands that they must file and serve an answer or a motion under Rule 12 within 60 days from the date when the Request for Waiver of Service of Summons was filed and if they fail to do so default judgment will be entered against them.

Date:  _____

_____
(Signature of the attorney
or unrepresented party)


_____
(Printed name)


_____
(Address)


_____
(E-mail address)


_____
(Telephone number)

2